# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Lori Cronin,

     Plaintiff,

v.

National Credit Works, Inc.

     Defendant.

Case No. 1:11-cv-201-MRB

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE**

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby dismisses the present action without prejudice.  This notice is being filed before

Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by

all parties.

RESPECTFULLY SUBMITTED,

MACEY & ALEMAN, P.C.

By: */s/ Jeffrey S. Hyslip*
    Jeffrey S. Hyslip
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    jsh@legalhelpers.com
    *Attorneys for Plaintiff*

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2011, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on August 24,

2011, addressed as follows:

National Credit Works, Inc.
1098 Bowen Road
N. Tonawanda, NY 14120

<u>/s/ Jeffrey Hyslip</u>

2